1  BARRY J. PORTMAN
   Federal Public Defender
2  MANUEL U. ARAUJO
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753                    *E-FILED - 2/4/11*

5  Counsel for Defendant ROSE

6

7

8

9                    IN THE UNITED STATES DISTRICT COURT

10                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                              SAN JOSE DIVISION

12  UNITED STATES OF AMERICA,        )    No. CR 99-20069 RMW
                                     )
13                  Plaintiff,       )    [xxxxxxxxxxx **ORDER ADVANCING
                                     )    COURT HEARING TO FEBRUARY 4,
14  v.                               )    2011, AT 11:00 A.M.**
                                     )
15  MICHAEL ROSE,                    )
                                     )
16                  Defendant.       )
    _____)

17

18                                  **ORDER**

19          GOOD CAUSE APPEARING, and by the stipulation of the parties, it is hereby ordered

20  as follows:

21          The case of *United States of America v. Michael Rose*, CR 99-20069-RMW, is hereby

22  advanced to February 4, 2011, at 11:00 a.m., for a change of plea and a sentencing hearing.

23

24  Dated: February __4__ , 2011

25                                            *Ronald M. Whyte*
                                              HONORABLE RONALD M. WHYTE,
26                                            United States District Court Judge

Order Advancing Hearing Date
99-20069 RMW                              1